IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| REPUBLIC SERVICES OF VIRGINIA, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:10-cv-00691- |
| | ) AJT IDD |
| | ) |
| CONSOLIDATED GREEN SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

This matter came before the court on Republic Services of Virginia, LLC's Motion for Partial Dismissal of Defendant's Counterclaims (Doc. No. 8) on September 10, 2010. Upon consideration of the motion, the opposition thereto, and the arguments of counsel, and for reasons stated in open court, it is hereby

ORDERED that Republic Services of Virginia, LLC's Motion for Partial Dismissal of Defendant's Counterclaims (Doc. No. 8) be, and the same hereby is, GRANTED in part, and Counts III and IV of Defendant's counterclaims be, and the same hereby are, DISMISSED; and it is

FURTHER ORDERD that Republic Services of Virginia, LLC's Motion for Partial Dismissal of Defendant's Counterclaims (Doc. No. 8) be, and the same hereby is, DENIED as to Count V of Defendant's counterclaims; and it is

FURTHER ORDERED that Republic Services of Virginia, LLC has leave to file an amended complaint within ten days from the hearing on September 10, 2010.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
September 13, 2010